# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | **8:09CR81** |
| vs. | |
| **BRADFORD WINNIE** | **JUDGMENT** |
| Defendant. | |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2. The § 2255 Motion, ECF No. 365, is summarily dismissed; and

3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 7th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge